IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LEON BRANDON                                                                    PLAINTIFF

v.                                          CIVIL ACTION NO. 1:16-cv-00141-GHD-DAS

SHELTER MUTUAL INSURANCE
COMPANY and BILL E. MORGAN                                          DEFENDANTS

## ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO STATE COURT AND DEFER ANSWER TO COUNTERCLAIM

Pursuant to an opinion issued this day, the Court ORDERS that:

(1) Plaintiff's motion to remand to state court and defer answer to counterclaim [6] is

GRANTED based on lack of complete diversity of citizenship;

(2) Plaintiff's request for attorney's fees incurred in filing the present motion to remand

is DENIED;

(3) the matter is REMANDED to the Circuit Court of Monroe County, Mississippi; and

(4) this case is CLOSED.

SO ORDERED, this, the ⟋⟋ day of February, 2017.

_____
SENIOR U.S. DISTRICT JUDGE